[No. 5138–1. Division One. November 14, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
FILMORE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 72216, James J. Dore, J., entered October 1,

1976. *Affirmed* by unpublished opinion per James, J., concurred in by Farris, C.J., and Callow, J.